JUDGE PAULEY

12 CIV 8206

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANGEL SOSA,

                         Plaintiff,

      -against-

THE CITY OF NEW YORK, POLICE OFFICER
JOHN DOE (TAX REGISTRY NO. 949543) AND JOHN
DOES 2 - 4,

                         Defendants.
-------------------------------------------------------------------X

CIVIL ACTION

<u>VERIFIED COMPLAINT</u>

JURY TRIAL DEMANDED

Index No.

RECEIVED NOV 09 2012 U.S.D.C. S.D.N.Y. CASHIERS

      Plaintiff, by his attorney, Jason L. Lopez, as and for their complaint hereby alleges as follows:

## Parties

    1.    Plaintiff Angel Sosa presently resides and is domiciled in the State of New York.

    2.    Upon information and belief defendant the City of New York (hereinafter "City") is a municipal corporation domiciled in the State of New York.

    3.    Upon information and belief, defendant New York City Police Officer JOHN DOE (TAX REGISTRY NO. 949543), resides and is domiciled in the State of New York.

    4.    Upon information and belief, defendants John Does 2-4 reside and are domiciled in the State of New York.

## Jurisdiction -Venue

    5.    This action is brought pursuant to 42 U.S.C. §1983 and the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution and the Constitution and laws of the State of New York. This Court has subject matter jurisdiction over the federal claims

pursuant to 28 U.S.C. §1331 and §1343(a)(3)(4) and supplemental jurisdiction over the asserted state law claims pursuant to 28 U.S.C. §1367.

6. Venue on this action lies in the Southern District of New York pursuant to 28 U.S.C. §1391 as the events giving rise to this action occurred in the Southern District.

### General Allegations of Fact

7. Plaintiff Angel Sosa presently resides in Bronx County.

8. At all times relevant hereto, the City maintained, controlled and operated the New York City Police Department which is empowered under the laws of the State and City of New York to prevent, respond to and investigate crimes.

9. At all times relevant hereto, Police Officer JOHN DOE (TAX REGISTRY NO. 949543) was employed by the New York City Police Department as a police officer. As such, JOHN DOE (TAX REGISTRY NO. 949543) possessed the authority under the color of law to make arrests and investigate crimes committed in the City of New York.

10. At all times relevant hereto, JOHN DOES 2 - 4 were employed by the New York City Police department as police officers. As such, Officer JOHN DOES 2 - 4 possessed the authority under the color of law to make arrests and investigate crimes committed in the City of New York.

11. On December 8, 2011 plaintiff was lawfully walking in the vicinity of 1049 Westchester Avenue, Bronx, NY 10459 and subsequently was seated in his vehicle in the vicinity of the same location.

12. On December 8, 2011, at approximately 4:00 PM plaintiff was stopped and detained by Police Officer JOHN DOE (TAX REGISTRY NO. 949543) and JOHN DOES 2 - 4.

13. Thereafter Police Officer JOHN DOE (TAX REGISTRY NO. 949543) and JOHN DOES 2 - 4 falsely arrested plaintiff. Plaintiff was held at the 41st precinct which was under the control of the New York City Police Department.

14. Plaintiff was ultimately charged with Disorderly Conduct *to wit* making unreasonable noise for which he hired the undersigned to represent his interests. This matter was adjourned in contemplation of dismissal and ultimately was dismissed.

## FIRST CAUSE OF ACTION
VIOLATION OF CONSTITUTIONAL RIGHTS PURSUANT TO 42 U.S.C. §1983

15. Plaintiff repeats, re-alleges and incorporates herein by reference the allegations contained in paragraphs 1 through 14.

16. At all times pertinent hereto the defendants acted under color of law in connection with their use of excessive force, false arrest and imprisonment of plaintiff.

17. That on December 8, 2011 the defendants used an excessive amount of force against plaintiff, wrongfully seized, detained, searched, arrested and imprisoned plaintiff in violation of his constitutional rights including but not limited to violation of the Fourth, Fifth, Eighth and Fourteenth Amendments to the United States Constitution in violation of his rights secured by the Constitution and laws of the State of New York. That on December 18, 2012 Defendant City of New York had customs, policies and practices in place that allowed for the aforementioned actions and inactions.

## SECOND CAUSE OF ACTION
STATE CLAIMS OF GENERAL NEGLIGENCE

18. Plaintiff repeats, re-alleges and incorporates herein by reference the allegations contained in paragraphs 1 through 17.

19. The defendant City was negligent in hiring, training, supervising and retaining defendants Police Officer JOHN DOE (TAX REGISTRY NO. 949543) and JOHN DOES 2 - 4.

## GENERAL DAMAGE

20. Plaintiff repeats, re-alleges and incorporates herein by reference the allegations contained in paragraphs 1 through 19.

21. As a result of the actions and inactions of the defendants set forth herein, the plaintiff was caused to incur a violation of his civil and constitutional rights.

22. As a result of the actions of the defendants set forth herein, the plaintiff was caused to suffer personal injuries including but not limited to bruises and lacerations to his wrists, forehead and neck. In addition, plaintiff was caused to sustain shock, embarrassment, humiliation, and fear that prevents the plaintiff from engaging in and enjoying ordinary daily activities, nervousness, anxiety and stress. As such, the plaintiff seeks damages in the amount of seventy five thousand dollars ($75,000).

23. This action falls within one of the exceptions set forth in C.P.L.R. Article 16.

## PUNITIVE DAMAGES

24. Plaintiff repeats, re-alleges and incorporates herein by reference the allegations contained in paragraphs 1 through 23.

25. The defendants actions as set forth herein rise to a level of wanton, reckless, malicious and intentional disregard of the plaintiffs civil and constitutional rights and as such the plaintiff herein requests that this court impose punitive damages as a result of said actions.

## SPECIAL DAMAGES

26. Plaintiff repeats, re-alleges and incorporates herein by reference the allegations contained in paragraphs 1 through 25.

27. Plaintiff seeks to recover reasonable attorneys fees and costs associated with the prosecution of this civil action pursuant to 42 U.S.C. § 1988.

28. In addition, plaintiff seeks to recover the legal fees associated with the defense of the underlying criminal action that gave rise to this action.

29. That at least thirty (30) days have elapsed since the demand or claim upon which this action is predicated was presented to the defendants for adjustment and they have neglected and/or refused to make adjustments or payment thereof. That this action is not commenced more than one (1) year and ninety (90) days after the cause of action accrued; that prior to the commencement of this action, a General Municipal Law 50-h hearing was held of the plaintiff by the defendant on April 10, 2012.

WHEREFORE, plaintiff demands judgment against the defendants for the amount in excess of the jurisdictional limits of the Court together with attorney's fees, interest, costs, and such other relief as the court may deem appropriate.

Dated: New York, NY
November 9, 2012

LAW OFFICE OF JASON LOPEZ
By: JASON L. LOPEZ

*Attorneys for Plaintiff*
325 Broadway, Suite 404
New York, NY 10007
(212) 964-4144

## VERIFICATION

I Angel Sosa am the plaintiff in the annexed action and I have read the foregoing Complaint and believe the same to be true to the best of my knowledge other than those matters stated to be upon information and belief of which I believe them to be true as well.

*Angel Sosa*

Sworn before me this
9th day of November 2012

NOTARY PUBLIC

Jason L. Lopez
Notary Public, State of New York
No. 02LO6087319
Qualified in New York County
Commission Expires February 18, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANGEL SOSA,

           Plaintiff,

Index No. 12 CV 8206

-against-

THE CITY OF NEW YORK, POLICE OFFICER
JOHN DOE (TAX REGISTRY NO. 949543) AND JOHN
DOES 2 - 4,

           Defendants.
------------------------------------------------------------------X

## SUMMONS & VERIFIED COMPLAINT

LAW OFFICE OF JASON LOPEZ
325 Broadway, Suite 404
New York, NY 10007
(212) 964-4144

The undersigned, an attorney admitted to practice in the courts of the State of New York, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated: November 9, 2012

           Jason L. Lopez

Service of the within is hereby admitted
Dated:

           Attorney(s) for

JUDGE PAULEY

12 CIV 8206

# United States District Court

| The Southern | **DISTRICT OF** | New York |

ANGEL SOSA,

                Plaintiff,

  -against-

THE CITY OF NEW YORK, POLICE OFFICER
JOHN DOE (TAX REGISTRY NO. 949543) AND
JOHN DOES 2 - 4,

                Defendants.

SUMMONS IN A CIVIL CASE

Case No.:

To:

CITY OF NEW YORK

POLICE OFFICER JOHN DOE
(TAX REGISTRY NO. 949543)

JOHN DOES 2 - 4

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

LAW OFFICE OF JASON LOPEZ
325 Broadway, Suite 404
New York, NY 10007

an Answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RUBY J. KRAJICK

CLERK

(BY) DEPUTY CLERK

DATE NOV 0 9 2012