UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANGEL SOSA,

                    Plaintiff,

  -against-

THE CITY OF NEW YORK, POLICE OFFICERS
CECILIA PENA (SHIELD NO. 1303), CARLOS RUEDA
(SHIELD NO. 7843), ROBERT TRAVIS (SHIELD NO.
7151) TRISTAN PARKER (TAX REGISTRY NO.
949543),

                    Defendants.
-------------------------------------------------------------------X

CIVIL ACTION

*AMENDED VERIFIED COMPLAINT*

JURY TRIAL DEMANDED

Index No. 12CV08206

Plaintiff, by his attorney, Jason L. Lopez, as and for his amended complaint hereby alleges as follows:

### Parties

1.     Plaintiff Angel Sosa presently resides and is domiciled in the State of New York.

2.     Upon information and belief defendant the City of New York (hereinafter "City") is a municipal corporation domiciled in the State of New York.

3.     Upon information and belief, defendant New York City Police Officers CECILIA PENA (SHIELD NO. 1303), CARLOS RUEDA (SHIELD NO. 7843), ROBERT TRAVIS (SHIELD NO. 7151). reside and are domiciled in the State of New York.

4.     Upon information and belief, defendant New York City Police Officer TRISTAN PARKER (TAX REGISTRY NO. 949543) resides and is domiciled in the State of New York.

### Jurisdiction -Venue

5. This action is brought pursuant to 42 U.S.C. §1983 and the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution and the Constitution and laws of the State of New York. This Court has subject matter jurisdiction over the federal claims pursuant to 28 U.S.C. §1331 and §1343(a)(3)(4) and supplemental jurisdiction over the asserted state law claims pursuant to 28 U.S.C. §1367.

6. Venue on this action lies in the Southern District of New York pursuant to 28 U.S.C. §1391 as the events giving rise to this action occurred in the Southern District.

### General Allegations of Fact

7. Plaintiff Angel Sosa presently resides in Bronx County.

8. At all times relevant hereto, the City maintained, controlled and operated the New York City Police Department which is empowered under the laws of the State and City of New York to prevent, respond to and investigate crimes.

9. At all times relevant hereto, the City authorized and maintained policies and procedures that governed the conduct of members of the New York City Police Department..

10. At all times relevant hereto, Police Officer CECILIA PENA (SHIELD NO. 1303) was employed by the New York City Police Department as a police officer. As such, CECILIA PENA (SHIELD NO. 1303) possessed the authority under the color of law to make arrests and investigate crimes committed in the City of New York.

11, At all times relevant hereto, Police Officer CARLOS RUEDA (SHIELD NO. 7843) was employed by the New York City Police Department as a police officer. As such, CARLOS RUEDA (SHIELD NO. 7843) possessed the authority under the color of law to make arrests and investigate crimes committed in the City of New York.

12. At all times relevant hereto, Police Officer ROBERT TRAVIS (SHIELD NO. 7151) was employed by the New York City Police Department as a police officer. As such, ROBERT TRAVIS (SHIELD NO. 7151) possessed the authority under the color of law to make arrests and investigate crimes committed in the City of New York.

13. At all times relevant hereto, TRISTAN PARKER (TAX REGISTRY NO. 949543) was employed by the New York City Police department as police officers. As such, TRISTAN PARKER (TAX REGISTRY NO. 949543) possessed the authority under the color of law to make arrests and investigate crimes committed in the City of New York.

14. On December 8, 2011 plaintiff was lawfully walking in the vicinity of 1049 Westchester Avenue, Bronx, NY 10459 and subsequently was seated in his vehicle in the vicinity of the same location.

15. On December 8, 2011, at approximately 4:00 PM plaintiff was stopped and detained by the defendant police officers.

16. Thereafter Police Officers CECILIA PENA (SHIELD NO. 1303), CARLOS RUEDA (SHIELD NO. 7843), ROBERT TRAVIS (SHIELD NO. 7151) and POLICE OFFICER TRISTAN PARKER (TAX REGISTRY NO. 949543) falsely arrested plaintiff. Plaintiff was held at the 41st precinct which was under the control of the New York City Police Department.

17. Plaintiff was ultimately charged with Disorderly Conduct *to wit* making unreasonable noise for which he hired the undersigned to represent his interests. This matter was adjourned in contemplation of dismissal and ultimately was dismissed.

## FIRST CAUSE OF ACTION
VIOLATION OF CONSTITUTIONAL RIGHTS PURSUANT TO 42 U.S.C. §1983

18. Plaintiff repeats, re-alleges and incorporates herein by reference the allegations contained in paragraphs 1 through 17.

19.	At all times pertinent hereto the defendants acted under color of law in connection with their use of excessive force, false arrest and imprisonment of plaintiff.

20.	That on December 8, 2011 the defendants used an excessive amount of force against plaintiff, wrongfully seized, detained, searched, arrested and imprisoned plaintiff in violation of his constitutional rights including but not limited to violation of the Fourth, Fifth, Eighth and Fourteenth Amendments to the United States Constitution in violation of his rights secured by the Constitution and laws of the State of New York.  That on December 8, 2011 Defendant City of New York had customs, policies and practices in place that allowed for the aforementioned actions and inactions.

## SECOND CAUSE OF ACTION
### STATE CLAIMS OF GENERAL NEGLIGENCE

21.	Plaintiff repeats, re-alleges and incorporates herein by reference the allegations contained in paragraphs 1 through 20.

22.	The defendant City was negligent in hiring, training, supervising and retaining police officers CECILIA PENA (SHIELD NO. 1303), CARLOS RUEDA (SHIELD NO. 7843), ROBERT TRAVIS (SHIELD NO. 7151) and POLICE OFFICER TRISTAN PARKER (TAX REGISTRY NO. 949543).

### **GENERAL DAMAGE**

23.	Plaintiff repeats, re-alleges and incorporates herein by reference the allegations contained in paragraphs 1 through 22.

24.	As a result of the actions and inactions of the defendants set forth herein, the plaintiff was caused to incur a violation of his civil and constitutional rights.

25.	As a result of the actions of the defendants set forth herein, the plaintiff was caused to suffer personal injuries including but not limited to bruises and lacerations to his

wrists, forehead and neck. In addition, plaintiff was caused to sustain shock, embarrassment, humiliation, and fear that prevents the plaintiff from engaging in and enjoying ordinary daily activities, nervousness, anxiety and stress. As such, the plaintiff seeks damages in the amount of seventy five thousand dollars ($75,000).

26. This action falls within one of the exceptions set forth in C.P.L.R. Article 16.

## PUNITIVE DAMAGES

27. Plaintiff repeats, re-alleges and incorporates herein by reference the allegations contained in paragraphs 1 through 26.

28. The defendants actions as set forth herein rise to a level of wanton, reckless, malicious and intentional disregard of the plaintiffs civil and constitutional rights and as such the plaintiff herein requests that this court impose punitive damages as a result of said actions.

## SPECIAL DAMAGES

29. Plaintiff repeats, re-alleges and incorporates herein by reference the allegations contained in paragraphs 1 through 28.

30. Plaintiff seeks to recover reasonable attorneys fees and costs associated with the prosecution of this civil action pursuant to 42 U.S.C. § 1988.

31. In addition, plaintiff seeks to recover the legal fees associated with the defense of the underlying criminal action that gave rise to this action.

32. That at least thirty (30) days have elapsed since the demand or claim upon which this action is predicated was presented to the defendants for adjustment and they have neglected and/or refused to make adjustments or payment thereof. That this action is not commenced more than one (1) year and ninety (90) days after the cause of action accrued; that prior to the

commencement of this action, a General Municipal Law 50-h hearing was held of the plaintiff by the defendant on April 10, 2012.

**WHEREFORE,** plaintiff demands judgment against the defendants for the amount in excess of the jurisdictional limits of the Court together with attorney's fees, interest, costs, and such other relief as the court may deem appropriate.

Dated: New York, NY
April 2, 2013

          LAW OFFICE OF JASON LOPEZ
          By: JASON L. LOPEZ

          *Attorneys for Plaintiff*
          325 Broadway, Suite 404
          New York, NY 10007
          (212) 964-4144

## VERIFICATION

Jason Lopez an attorney dully admitted to practice law in the courts of the State of New York affirms the following under the penalty of perjury:

1. I am counsel to the plaintiff in the annexed action and as such am fully aware of the alleged facts that give rise to this action.

2. I have read the foregoing complaint and believe the same to be true to the best of my knowledge other than those matters stated to be upon information and belief.

3. This verification is being made by counsel as the plaintiff resides outside the county where counsel maintains his office.

Dated: April 2, 2013
New York, NY

LAW OFFICE OF JASON LOPEZ
By: JASON L. LOPEZ

*Attorneys for Plaintiff*
325 Broadway, Suite 404
New York, NY 10007
(212) 964-4144

# AFFIDAVIT OF DUE DILIGENCE

INDEX NO.: 12CV08206

UNITED STATES DISTRICT COURT

COUNTY OF NEW YORK          DISTRICT:

Attorneys: Jason Lopez Jason Lopez Esq   PH: 212-964-4144
Address:   325 Broadway, suite 404 New York NY 10007   File No.:

*ANGEL SOSA*

vs                                                         Plaintiff / Petitioner

*The City Of New York, Police Officers Cecilia Pena (shield No 1303), Carlos Rueda (shield No 7843), Robert Travis (shield No 7151) Tristan Parker (tax Registry No 949543)*

defendant

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

_____Howard Collado_____, being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of eighteen (18) years and resides in New York State; deponent attempted to serve the within:

AMENDED VERIFIED COMPLAINT

upon   POLICE OFFICER CECILIA PENA, SHIELD NO 1303

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at BROOKLYN COURT SECTION, 210 JORALEMON ST, BROOKLYN, NY 11201

deponent was unable to effect process upon the person being served because of the following reason(s):

- ☐ unknown at address
- ☐ moved, left no forwarding
- ☐ evading
- ☐ unable to serve in timely fashion
- ☐ house vacant
- ☐ address does not exist
- ☐ service canceled by litigant
- ☐ no other occupants / tenants over 18 years of age
- ☒ Other: The address provided does not accept legal papers.

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 4/3/2013 | 12:02pm | |

Sworn to before me on _____December 5, 2012_____

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2014

Howard Collado
Server's Lic # 1455013
Invoice/Work Order # 13007365

SPS-401 B'WAY-STE.1006, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM

INDEX # : 12CV08206
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**                                      DISTRICT:

Attorneys: Jason Lopez Jason Lopez Esq   PH: 212-964-4144
Address:   325 Broadway, suite 404  New York  NY  10007   File No.:

*ANGEL SOSA*

vs                                                      *Plaintiff(s)/Petitioner(s)*

*The City Of New York, Police Officers Cecilia Pena (shield No 1303), Carlos Rueda (shield No 7843), Robert Travis (shield No 7151) Tristan Parker (tax Registry No 949543)*

*Defendant(s)/Respondent(s)*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

_____Cory Banks_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On _____April 3, 2013_____ at _____14:00:00_____, at _____41ST PRECINCT, 1035 LONGWOOD AVENUE , BRONX, NY 10459_____, deponent served the within _____AMENDED VERIFIED COMPLAINT_____

on: _____POLICE OFFICER CARLOS RUEDA, SHIELD NO 7843_____, _____Witness_____ therein named.

#1 INDIVIDUAL  ☐  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2  ☐  by delivering thereat a true copy of each to _____ personally. Deponent knew said described in said aforementioned document as said defendant and knew said individual to be _____ thereof.

#3 SUITABLE AGE PERSON  ☒  By delivering a true copy of each to _____MS SULLIVAN_____ a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business   [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR  ☐  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ___ day of _____ at _____
on the ___ day of _____ at _____
on the ___ day of _____ at _____
Address confirmed by _____.

#5 MAIL COPY  ☒  On _____April 3, 2013_____, deponent completed service by depositing a true copy of each document to the Witness at 41ST PRECINCT, 1035 LONGWOOD AVENUE , BRONX, NY 10459 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York ☐ and Certified Mail # _____

#6 DESCRIPTION  ☒ (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: _Female_   Color of skin: _Brown_   Color of hair: _Black_   Age: _50 - 60 Yrs._   Height: _5' 4" - 5' 8"_   Weight: _161 - 200 Lbs._   Other Features: _____

#7 WIT. FEES  ☐  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC  ☐  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC CIVIL COURT  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER  ☐

Sworn to before me on _____April 3, 2013_____

JAZMIN PATINO
COMMISIONER OF DEEDS
City of New York No. 2-12385, New York County
Commission Expires on August 1, 2014

Cory Banks
Server's Lic # 1166423
Invoice/Work Order # 13007360

*SPS-401 B'WAY-STE.1006, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM*

INDEX # : 12CV08206
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**                         DISTRICT:

Attorneys: Jason Lopez Jason Lopez Esq   PH: 212-964-4144
Address:   325 Broadway, suite 404  New York  NY  10007   File No.:

*ANGEL SOSA*

vs                                            *Plaintiff(s)/Petitioner(s)*

*The City Of New York, Police Officers Cecilia Pena (shield No 1303), Carlos Rueda (shield No 7843), Robert Travis (shield No 7151) Tristan Parker (tax Registry No 949543)*

*Defendant(s)/Respondent(s)*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:
_____Cory Banks_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___April 3, 2013___ at ___12:37PM___, at ___14TH PCT, 357 W 35TH STREET, NEW YORK, NY 10001___, deponent served the within ___AMENDED VERIFIED COMPLAINT___

on: ___TRISTAN PARKER,___ , ___Witness___ therein named.

#1 INDIVIDUAL  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2  by delivering thereat a true copy of each to _____ personally. Deponent knew said described in said aforementioned document as said defendant and knew said individual to be _____ thereof.

#3 SUITABLE AGE PERSON [X]  By delivering a true copy of each to ___MR ENG___ a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business   [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

#5 MAIL COPY [X]  On ___April 3, 2013___, deponent completed service by depositing a true copy of each document to the Witness at ___14TH PCT, 357 W 35TH STREET, NEW YORK, NY 10001___ in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # _____

#6 DESCRIPTION [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: _Male_   Color of skin: _Asian_   Color of hair: _Black_   Age: _50 - 60 Yrs._   Height: _5' 4" - 5' 8"_
Weight: _131 - 160 Lbs._   Other Features: _____

#7 WIT. FEES  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC CIVIL COURT  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER

Sworn to before me on ___April 3, 2013___

JAZMIN PATINO
COMMISIONER OF DEEDS
City of New York No. 2-12385: New York County
Commission Expires on August 1, 2014

Cory Banks
Server's Lic # 1166423
Invoice/Work Order # 13007363



*SPS-401 B'way-Ste.1006, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 www.sav-onprocess.com*

INDEX # : __12CV08206__
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**                    **DISTRICT:**

Attorneys: Jason Lopez  Jason Lopez Esq   PH: 212-964-4144
Address:   325 Broadway, suite 404  New York  NY  10007   File No.:

*ANGEL SOSA*

vs                                          *Plaintiff(s)/Petitioner(s)*

*The City Of New York, Police Officers Cecilia Pena (shield No 1303), Carlos Rueda (shield No 7843), Robert Travis (shield No 7151) Tristan Parker (tax Registry No 949543)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:              **AFFIDAVIT OF SERVICE**

_____Cory Banks_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___April 3, 2013___ at ___14:00:00___, at ___41ST PRECINCT, 1035 LONGWOOD AVENUE , BRONX, NY 10459___, deponent served the within ___AMENDED VERIFIED COMPLAINT___

on: ___POLICE OFFICER ROBERT TRAVIS, SHIELD NO 7151___, ___Witness___ therein named.

**#1 INDIVIDUAL** □  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2** □  by delivering thereat a true copy of each to _____ personally. Deponent knew said described in said aforementioned document as said defendant and knew said individual to be _____ thereof.

**#3 SUITABLE AGE PERSON** [X]  By delivering a true copy of each to ___MS SULLIVAN___ a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** □  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

**#5 MAIL COPY** [X]  On ___April 3, 2013___, deponent completed service by depositing a true copy of each document to the Witness at 41ST PRECINCT, 1035 LONGWOOD AVENUE , BRONX, NY 10459 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York □ and Certified Mail # _____

**#6 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: __Female__   Color of skin: __Brown__   Color of hair: __Black__   Age: __50 - 60 Yrs.__   Height: __5' 4" - 5' 8"__
Weight: __161 - 200 Lbs.__   Other Features: _____

**#7 WIT. FEES** □  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARYSRVC** □  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** □  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER** □

Sworn to before me on ___April 3, 2013___

JAZMIN PATINO
COMMISIONER OF DEEDS
City of New York No. 2-12385: New York County
Commission Expires on August 1, 2014

Cory Banks
Server's Lic # 1166423
Invoice/Work Order # 13007362



*SPS-401 B'WAY-STE.1006, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM*

## AFFIRMATION OF SERVICE

Jason Lopez an attorney dully admitted to practice law in the courts of the State of New York hereby affirms the following under the penalty of perjury:

I am over the age of eighteen and I am not a party to this litigation.

On April 3, 2013 I served a copy of the Amended Verified Complaint upon the City of New York by personal delivering a copy of the same to the New York City Law Department, counsel for the City of New York, 100 Church Street, New York, NY 10007 and leaving a true and accurate copy of the same with Madelyn Santana a person dully authorized to accept service of the same.

Dated: April 3, 2013
New York, NY

Jason L. Lopez
325 Broadway, Suite 404
New York, NY 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANGEL SOSA,

                                    Plaintiff,

        -against-

THE CITY OF NEW YORK, POLICE OFFICERS CECILIA PENA (SHIELD NO. 1303), CARLOS RUEDA (SHIELD NO. 7843), ROBERT TRAVIS (SHIELD NO. 7151) TRISTAN PARKER (TAX REGISTRY NO. 949543),

                                Defendants.
------------------------------------------------------------------X

Index No.   12CV08206

## AMENDED VERIFIED COMPLAINT

LAW OFFICE OF JASON LOPEZ
325 Broadway, Suite 404
New York, NY 10007
(212) 964-4144

The undersigned, an attorney admitted to practice in the courts of the State of New York, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated: April 2, 2013

                                                               Jason L. Lopez

Service of the within is hereby admitted
Dated:

                                                                Attorney(s) for